JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  MARLA K. LETELLIER, CSBN 234969
7  Special Assistant United States Attorney
   Social Security Administration
8  Office of the General Counsel
9  Office of Program Litigation, Division 7
       6401 Security Boulevard
10     Baltimore, Maryland 21235
       Telephone: (510) 970-4830
11     Facsimile: (415) 744-0134
12     E-mail: marla.letellier@ssa.gov
13
   Attorneys for Defendant
14

15
                    UNITED STATES DISTRICT COURT
16              FOR THE CENTRAL DISTRICT OF CALIFORNIA
17                         WESTERN DIVISION

18 | STEPHANIE DIANE JORDAN,         | Case No. 2:24-cv-05403-SHK
19 |                                 |
   |        Plaintiff,               | [PROPOSED] JUDGMENT OF REMAND
20 |                                 |
21 |        v.                       |
22 |                                 |
   | CAROLYN COLVIN,                 |
23 |   Acting Commissioner of Social |
   | Security,                       |
24 |                                 |
25 |        Defendant.               |

26
27
28

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 1/6/2025

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

[P̶R̶O̶P̶O̶S̶E̶D̶] JUDGMENT                              CASE NO. 2:24-CV-05403-SHK